Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
4. Houston DIVISION

United States Courts
Southern District of Texas
F I L E D

MAR 13 2020

David J. Bradley, Clerk of Court

Carlos Amilcar Uzcategui §
§
versus §
§   CIVIL ACTION NO. _____
§
Tri-County Gin of North Mississippi §
142-Yocona Gin Road           LLC §
Batesville, MS. 38606 §

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Carlos Amilcar Uzcategui

   Address: 1738 Treble Dr.
   Humble, TX. 77338

   County of Residence: Harris

3. The defendant is: Tri-County Gin of North Mississippi LLC

   Address: 142 Yocona Gin Road
   Batesville, MS. 38606

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on Dec 17th 2019 with the Equal Opportunity Commission.

5. On the date of December 17th 2019, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

   (a) ☒ race

   (b) ☐ color

   (c) ☐ sex

   (d) ☒ religion

   (e) ☐ national orgin,

the defendant has:

   (a) ☐ failed to employ the plaintiff

   (b) ☒ terminated the plaintiff's employment

   (c) ☐ failed to promote the plaintiff

   (d) ☒ other: Targeted me with verbal assaults, and now I have a medical issue as a result of physical effort and abuse

7. When and how the defendant has discriminated against the plaintiff:

From 1st to 19th Oct. 2019 on numerous occasions The manager Steve Ratcliff became infuriated and shouted vulgarities at me. He yelled, insulting names about my Mother in front of my coworkers originated all because my race and religion

8. The plaintiff requests that the defendant be ordered:

   (a) ☐ to stop discriminating against the plaintiff

   (b) ☐ to employ the plaintiff

   (c) ☐ to re-employ the plaintiff

   (d) ☐ to promote the plaintiff

(e) ☒ to <u>Respect the Civil Rights of employees</u> <u>as well to provide them with the Manvel</u> <u>of Safety & Health Company Policies</u>and that;

(f) ☒ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address: <u>1738 Treble Dr.</u>
<u>Humble, Tx. 77338</u>
Telephone: <u>713-340-4428</u>

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
__Houston__ DIVISION

Carlos Amilcar Uzcategui §
§
versus §        CIVIL ACTION NO. _____
§
Tri-County Gin §
of North §
Mississippi LLC §

ORIGINAL COMPLAINT

1- United States Southern District Court Houston Texas. Carlos Amilcar Uzcategui. Versus Tri-County Gin of North Mississippi LLC

2- A. Mr. Steve Ratcliff called me from Batesville, MS. To Houston, Tx. were I reside along with the Latino crew of four. (the withnesse) He asked us to come to work for the season at Tri-County Gin in Batesville, MS.

B. After wrong Termination back in Houston, I submited the report of the crime To the Anti Defamation Leage in Houston, Tx. I also submited the claim to the EEOC, OSHA and Wage & Hours here in Houston.

C. Because of a Medical issue, cause by that job (inguinal Hernia) My Doctor prescribed me that this require an immidiate attention, a SURGERY due to the risk of strangulation.

Page 1

Appendix B

3. I am a 64 years old male who have to endured persistent harrasment from my employer, Steve Ratcliff am asking adecuate relief based on the following the statements of facts:

A- I am so humiliated for the intentional abuse I have to suffer in my seasonal job with Tri-County Gin in Batesville, MS.

B- I was never introduce to an Employee hand book to complain to Treatment, there was no complain procedure.

C- In one occasion while Mr. Ratcliff was so closed verbally assaulting me, also spit at my face, I looked somewhere else.

D. I was wrongly Terminated, due to discrimination of my race and religion's believes. More facts I explained in my Affidavit.

4. I am asking the Court for a trial to have a Grand Judy that bring such a Tyrant that cursed my Mom Constantly to justice, because He has brokend the law. Therefore, in addition I am asking for punitive damages for the consequences He has caused.

5. _[signature]_
Signature of Plaintiff

1738 Treble Dr.
Humble, Tx. 77338

mobile 713-340-4428

page 2