# UNITED STATES DISTRICT COURT
## for The
## Southern District of Texas

Carlos Amilcar Uzcategui
　　Plaintiff
　　　　v.
Tri-County Gin of North Mississippi LLL

4:20-cv-00935
Civil Action no.

## Amended Complaint

I am including these Three Persons in the above case. Defendant(s)

1- Pearson, Keith
　428 North Lamar Suite 108
　Oxford, MS. 38655

2- Kenny Bolen
　7575 Dummyline rd.
　Batesville, MS. 38606

3- Steve Ratcliff
　142 Yocona Gin Rd.
　Batesville, MS. 38606

*[signature]*
signature of plaintiff
Date 03-16-2020

United States Courts
Southern District of Texas
FILED
MAR 16 2020
David J. Bradley, Clerk of Court

clerk of court

signature of clerk
or Deputy clerk