AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

United States Courts
Southern District of Texas
FILED

Civil Action No. 4:20 - CV- 00935

*April 16, 2020*

David J. Bradley, Clerk of Court

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pearson Keith

was received by me on *(date)* 04-03-2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04-09-2020

*Server's signature*

Carlos A. Uzcategui
*Printed name and title*

1738 Treble Dr.
Humble, TX. 77338
*Server's address*

Additional information regarding attempted service, etc:
Article Number
19 2280 0001 1720 2880

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Shannon Cady    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Shannon Cady    4/3/20 |
| 1. Article Addressed to:<br><br>Pearson Keith<br>428 North Lamar, Suite 108<br>Oxford, MS. 38655 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3340 7227 8830 52 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>19 2280 0001 1720 2880 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING #

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 3340 7227 8830 52

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

*Sender: Please print your name, address, and ZIP+4® in this box*

Carlos A. Uzcategui
1738 Treble Dr.
Humble TX. 77338



Carlos A. Uzoategui
1738 Treble Dr.
Humble Tx. 77338



United States Courts
Southern District of Texas
FILED

APR 16 2020

David J. Bradley, Clerk of Court

7720861010 B001

Clerk
United States District
Southern District of T
Post Office Box 61010
Houston, Tx. 7720