AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-CV-00935

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tri-County Gin of North. MS. LLC
was received by me on *(date)* 04-17-2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: U.S. Post Office certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04-27-2020

*Server's signature*

Carlos A. Uzcategui
*Printed name and title*

1738 Treble Dr.
Humble, TX. 77338
*Server's address*

Additional information regarding attempted service, etc:
9590 9402 3345 7227 7989 48

*(stamp: United States Courts, Southern District of Texas, FILED MAY 06 2020, David J. Bradley, Clerk of Court)*



USPS TRACKING #

9590 9402 3945 27 7989 48

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Carlos A. Uzcategui
1738 Treble Dr
Humble, TX. 77338

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *[signature]* CD19 | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery<br>4-17-20 |
| 1. Article Addressed to:<br><br>Tri-County Gin<br>of North MS, LLC | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No | |
| *[barcode]*<br>9590 9402 3345 7227 7989 48 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label) | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt