AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

United States Courts
Southern District of Texas
FILED
JUN 09 2020
David J. Bradley, Clerk of Court

Civil Action No. 4:20-CV-00935

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tri-County Gin of North Mississippi
was received by me on *(date)* 05-25-20.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* Post office certified mail

My fees are $ — for travel and $ — for services, for a total of $ —.

I declare under penalty of perjury that this information is true.

Date: 06-09-2020

_____
Server's signature

Carlos A. Uzcategui
Printed name and title

1738 Treble Dr. Humble, TX. 77338
Server's address

Additional information regarding attempted service, etc:
C.C. Response To Motion To Dismiss 05-06-2020

**USPS TRACKING #**



9590 9402 3219 7196 4084 55

United States Postal Service

United States Courts
Southern District of Texas
FILED
JUN 09 2020
David J. Bradley, Clerk of Court

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

Carlos A. Uzcategui
1738 Treble Dr.
Humble, Tx. 77338

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tri-County Gin of
North Mississippi
142 Yocona Gin road
Batesville, MS. 38606

9590 9402 3219 7196 4084 55

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X __W CD1G__   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
5-25-20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation℠
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt