UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
MAY 20 2021
Nathan Ochsner, Clerk of Court

CARLOS AMILCAR UZCATEGUI                              PLAINTIFF:

VS.                                           CIVIL ACTION 4:20 – CV – 00935

TRI-COUNTY GIN OF NORTH                               DEFENDANT:
MISSISSIPPI, LLC.

Mr. DAVID J BRADLEY
Clerk of Court
P.O. Box 61010
Houston, TX 77208

Judge: Charles Eskridge

Magistrate Judge: Sam S. Sheldon

_____
Plaintiff: Carlos A. Uzcategui

cc. Tri – County Gin of North Mississippi, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

CARLOS AMILCAR UZCATEGUI　　　　　　　　　　PLAINTIFF:

VS.　　　　　　　　　　　　　　CIVIL ACTION 4:20 – CV – 00935

TRI-COUNTY GIN OF NORTH　　　　　　　　　　DEFENDANT:
MISSISSIPPI, LLC.

## NOTICE of APPEAL

Comes now, plaintiff Carlos A. Uzcategui, address the about Court, and appeals the final judgements of March 8, 2021 and The order Denying Motion To Reconsider of May 22, 2021, To the Court of Appeals.

## CERTIFICATE OF SERVICE

I, Carlos A. Uzcategui, hereby Certify That I have This date, served a copy of NOTICE of APPEAL, to defendant Tri-County Gin of North Mississippi.

_[signature]_

Plaintiff: Carlos A. Uzcategui

1738 Treble Dr.

Humble, TX 77338

(713) 340-4428

this the 20 of May 2021

| | |
|---|---|
| Tri-County Gin of North Mississippi, LLC. | Represented by Slates C. Veazey |
| 142 Yocona Gin Rd. | Bradley Arant Boult Cummings, LLP |
| Batesville, MS 38606 | 188 E. Capital St. Ste. 400 |
| | Jackson, MS 39201 |